In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-285 CV


____________________



IN RE SHELL OIL COMPANY






Original Proceeding






MEMORANDUM OPINION (1)


 On June 23, 2004, Shell Oil Company filed its petition for writ of mandamus. We
stayed production of documents in the underlying case on June 28, 2004. The parties
subsequently resolved the dispute. On October 5, 2004, the relator filed a motion to
dismiss the petition.

 Accordingly, our order of June 28, 2004, is vacated and this original proceeding
is dismissed without reference to the merits.

 WRIT DISMISSED. 

 PER CURIAM


Opinion Delivered October 7, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.

1. Tex. R. App. P. 47.4.